UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:  Patricia Ott                      Bankruptcy Case No: 04B 32074
                                          Chapter: 13

Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

In accordance with Fed. R. Bankr P. 1006 and Item 8 of the Judicial Conference Schedule of Fees for Bankruptcy Courts, application is made for permission to pay the filing fee on the following terms:

$  40.00      with the filing of the petition, and the balance of
$ 154.00    in  4  installments no more than four of which are to be
              attributed in whole or in part to the filing fee, as follows:

$  40.00    on or before  September 29, 2004
$  40.00    on or before  October 28, 2004
$  40.00    on or before  November 24, 2004
$  34.00    on or before  December 23, 2004

I certify that I am unable to pay the filing fee or the administrative fee except in installments. I further certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee and the administrative fee are paid in full.

*(Check the box below when the following statement applies)*

☐   I further certify that I am unable to complete the required payments within 120 days after the filing of my petition. Accordingly, application is made to extend the period for paying installments to 180 days after the filing of the petition.

Date:_____

                                  _____
                                  Applicant

                                       41 N. Central
                                  Address of Applicant

                                       Chicago, Illinois 60644

*Order*

IT IS ORDERED that the debtor pay the filing fee and the administrative fee in installments on the terms set forth in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee and the administrative fee are paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property for services in connection with this case.

BY THE COURT

Date:  AUG 3 0 2004                    KENNETH S. GARDNER
                                       Clerk, U.S. Bankruptcy Court

3